LOUISE HENRY, Respondent, *v.* NEW YORK POST, INC., Appellant.

Argued May 18, 1939; decided June 2, 1939.

*Eugene Untermyer, Mitchell Salem Fisher* and *Alan Nordlinger* for appellant.

*Samuel Robert Weltz, Henry H. Shepard* and *Benjamin M. Franklin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. LEHMAN, J., dissents on the ground the article is not libelous *per se.* Taking no part: O'BRIEN, J.